UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY D. JORLING, on behalf of himself and all others similarly situated,<br>      Plaintiff,<br><br>  vs.<br><br>ANTHEM, INC. and ANTHEM INSURANCE COMPANIES, INC.,<br>      Defendants. | )<br>)<br>)<br>)   1:09-cv-798-SEB-TAB<br>)<br>)<br>)<br>)<br>) |

**ORDER ON MAY 20, 2010, TELEPHONIC CONFERENCE**

Parties appeared by counsel on May 20, 2010, for a telephonic conference to address pending discovery-related motions. Parties were given an opportunity to be heard on all issues. After considering the parties' briefing and arguments, the Court rules as follows:

1. Defendants' motion to stay expert and damages discovery and for a protective order pending a summary judgment decision in *Ormond v. Anthem*, No. 1:05-cv-1908-SEB-TAB, [Docket No. 52] is denied. Defendants have not made a sufficient showing to cut off discovery under the three-factor test set out in *Centillion Data Sys., LLC v. Convergys Corp.*, No. 1:04-cv-73-LJM-WTL, 2008 WL 687129 (S.D. Ind. Mar. 10, 2008) (prejudice to non-moving party, simplification of issues, and reduction of litigation burden).

2. Although Defendants' motion to stay is denied, the Court will not permit discovery to proceed without reasonable limits given the pending summary judgment motion and the significant costs associated with the disputed discovery. Plaintiff's motion to take excess depositions [Docket No. 55] is therefore granted in part. Each side may take three expert depositions and six fact witness depositions, and Plaintiff may take one 30(b)(6)

deposition. This order imposes no limits on written discovery.

3. Because the Court is allowing some discovery to proceed, Plaintiff's motion to extend case management deadlines [Docket No. 47] is granted in part. The Court adopts the schedule set out in Plaintiff's motion, extending each deadline by 30 days to compensate for the time passed since the motion was filed, as follows:

   a. Any remaining discovery relating to the demutualization database shall by completed by July 9, 2010. Plaintiff shall receive from Defendants any and all electronic, supplemental, and/or additional written materials by July 2, 2010. Any Rule 30(b)(6) deposition of Defendants' designated witness for questions relating to the demutualization database shall be taken no later than July 9, 2010.

   b. Plaintiff shall have up to and including July 30, 2010, to complete any supplementation to its expert disclosures and reports.

   c. All fact discovery shall be completed by August 26, 2010.

   d. Defendants shall have up to and including August 30, 2010, to serve their expert witness disclosures and reports.

   e. Final witness and exhibit lists shall be filed no later than September 30, 2010.

   f. All discovery on expert and damages issues shall be completed by September 30, 2010.

   g. All dispositive motions shall be filed by October 30, 2010.

Dated: 05/21/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Matthew Thomas Albaugh
BAKER & DANIELS - Indianapolis
matthew.albaugh@bakerd.com

Dennis Paul Barron
dennispbarron@aol.com

Michael F. Becker
BECKER & MISHKIND CO., L.P.A.
mbecker@beckermishkind.com

Peter R. Bisio
HOGAN LOVELLS US LLP
peter.bisio@hoganlovells.com

Todd S Collins
BERGER & MONTAGUE, P.C.
tcollins@bm.net

T. David Copley
KELLER ROHRBACK, L.L.P.
dcopley@kellerrohrback.com

Edward O'Donnell DeLaney
DELANEY & DELANEY LLC
ed@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Craig A. Hoover
HOGAN LOVELLS US LLP
cahoover@hhlaw.com

Peter R. Kahana
BERGER & MONTAGUE, P.C.
pkahana@bm.net

Kevin M. Kimmerling
BAKER & DANIELS - Indianapolis
kevin.kimmerling@bakerd.com

Cari C. Laufenberg
KELLER ROHRBACK L.L.P.
claufenberg@kellerrohrback.com

Adam K. Levin
HOGAN LOVELLS US LLP
aklevin@hhlaw.com

Neil F Mara
BERGER & MONTAGUE, P.C.
nmara@bm.net

H. Laddie Montague Jr
BERGER & MONTAGUE P.C.
hlmontague@bm.net

Anne Kramer Ricchiuto
BAKER & DANIELS - Indianapolis
anne.ricchiuto@bakerd.com

Lynn L. Sarko
KELLER ROHRBACK, L.L.P.
lsarko@kellerrohrback.com

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com

Eric Hyman Zagrans
eric@zagrans.com